[Cite as *Toney v. Dept. of Rehab. & Corr.*, 2010-Ohio-6613.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

GERALD TONEY

   Plaintiff

   v.

DEPARTMENT OF REHABILITATION AND CORRECTION

   Defendant

      Case No. 2009-01646

Judge Joseph T. Clark
Magistrate Robert Van Schoyck

JUDGMENT ENTRY

{¶ 1}  This case is sua sponte assigned to Judge Joseph T. Clark to conduct all proceedings necessary for decision in this matter.

{¶ 2}  On November 29, 2010, the magistrate issued a decision recommending judgment for defendant.

{¶ 3}  Civ.R. 53(D)(3)(b)(i) states, in part:  "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."  No objections were filed.

{¶ 4}  The court determines that there is no error of law or other defect evident on the face of the magistrate's decision.  Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein.  Judgment is rendered in favor of defendant.  Court costs are assessed against plaintiff.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2009-01646　　　　　- 2 -　　　　　JUDGMENT ENTRY

_____
JOSEPH T. CLARK
Judge

cc:

Amy S. Brown　　　　　　　　Gerald Toney
Emily M. Simmons　　　　　　1711 Avalon Road
Assistant Attorneys General　　Cleveland, Ohio 44112
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

RCV/cmd
Filed December 27, 2010
To S.C. reporter January 4, 2011